29572.  CONSTITUTION PUBLISHING COMPANY *v.* ELLIOTT *et al.*

FELTON, J.  In an action on open account against a principal debtor and his two guarantors; where the principal debtor files no answer and the case is marked in default as to him, and the guarantors answer denying the allegations of the petition, it is not error for the court to direct a verdict for the guarantors, in the absence of any proof of the account.
*Judgment affirmed. Stephens, P. J., and Sutton, J., concur.*
DECIDED JUNE 6, 1942.

*A. B. Conger,* for plaintiff.    *Vance Custer,* for defendants.